AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

U.S. MARSHAL
BALTIMORE, MD
2013 JUL 31  AM 11: 19

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. JFM-05-270 |
|  | ) |
| **Byron Vermont Jacobs** | ) |
| Defendant | ) |

FILED ___ ENTERED
LODGED ___ RECEIVED
JAN 2 3 2015
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Byron Vermont Jacobs**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Date: July 31, 2013

_____
By: Deputy Clerk

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

---

**Return**

This warrant was received on (date) 07/31/2013, and the person was arrested on (date) 04/08/2014
at (city and state) BALTIMORE, MD.                                                                 (WRIT)

Date: 01/23/2015 KMV

KMV FOR USMS
*Arresting officer's signature*

_____
*Printed name and title*